# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **DUSTIN GENE SCOTT,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00119-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALAN NORMAN,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2023 Order.

May 22, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court